

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00415-CR

**LORETTA J. MESERVE,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

### From the 66th District Court
### Hill County, Texas
### Trial Court No. 36,293

## ORDER

Loretta J. Meserve pled guilty to the felony offense of theft in the amount of $1,500 or more but less than $20,000. TEX. PENAL CODE ANN. § 31.03(a), (e)(4)(A) (West Supp. 2013). The trial court deferred a finding of guilt and placed Meserve on community supervision for five years. Two years later, Meserve was adjudicated guilty and sentenced to two years in a state jail facility. We affirmed the trial court's judgment on October 24, 2013. *See Meserve v. State*, No. 10-12-00415-CR, 2013 Tex. App. LEXIS 13252, (Tex. App.—Waco Oct. 24, 2013, no pet. h.) (not designated for publication).

Meserve was represented by appointed counsel on appeal. The time to file a motion for rehearing has passed, and counsel has not filed such a motion. However, Meserve, acting on her own, has timely filed a motion for rehearing.

Meserve's motion for rehearing is denied. The date of this denial begins the time table for Meserve to file a petition for discretionary review with the Court of Criminal Appeals or to request an extension of time from the Court of Criminal Appeals to file a petition for discretionary review. TEX. R. APP. P. 68.2(a), (c).

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion denied
Order issued and filed December 5, 2013